UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-CV-22204-GRAHAM-TORRES

**ROSA SANTIAGO**

    **Plaintiff,**

    v.

**RESURGENT CAPITAL SERVICES, LP AND
LAW OFFICES OF ERSKINE & FLEISHER**

    **Defendant(s)**
_____/

## NOTICE OF DISMISSAL OF DEFENDANTS RESURGENT CAPITAL SERVICES, L.P. AND LAW OFFICES OF ERSKINE & FLEISHER

Plaintiff, **Rosa Santiago**, by and through Plaintiff undersigned counsel hereby notifies the Court and all parties that **Resurgent Capital Services, L.P.** and **LAW OFFICES OF ERSKINE & FLEISHER**, originally named defendants, for whom Plaintiff obtained service on a summons issued by the Court, are hereby dismissed with prejudice as party defendants to this action.

    Respectfully Submitted,

    **FAIR CREDIT LAW GROUP**
    **3330 N.W. 53rd Street**
    **Suite 306**
    **Fort Lauderdale, FL 33309**
    **Tel: 954-334-9100**
    **Fax: 954-986-4777**

    *s/ Paul A. Herman*
    **Filed by: Paul A. Herman, Esq.**
    **FL Bar #405175**

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of September, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/Paul A. Herman*
Paul A. Herman, Esq.

## SERVICE LIST

**Defendant**

**Resurgent Capital Services, L.P.**, represented by Stanley B. Erskine
Law Offices of Erskine & Fleisher
55 Weston Road, Suite #300
Fort Lauderdale, FL 33326
(954) 384-1490
Fax: (954) 384-4088
Customerservice@Eflaw.net

Ernest Henry Kohlmyer, III
Bell, Roper & Kohlmyer, P.A.
2707 East Jefferson Street
Orlando, FL 32803
(407) 897-5150
Fax: (407) 897-3332
SKohlmyer@bellroperlaw.com